AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Amanda Patel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    9:22-cv-00384-DCN |
| Beaufort County School District | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff, Amanda Patel, shall take nothing of Defendant, Beaufort County School District, as to the complaint filed pursuant to 28 U.S.C. § 1331 and this action is dismissed without prejudice.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding.

Date:   May 3, 2022                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                   s/H.Cornwell
                                                                       _____
                                                                          *Signature of Clerk or Deputy Clerk*